COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-275-CV

IN RE ROBERT E. RAGLAND RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied because relator has an adequate remedy by appeal.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  CAYCE, C.J.; DAUPHINOT and MCCOY, JJ.

DELIVERED:  August 24, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.